UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **1:09-cr-00057 LJO** |
| Plaintiff, | **ORDER DENYING DEFENDANT ALI'S MOTION TO EXPUNGE HIS CONVICTION (Doc. 299)** |
| v. | |
| **MOHAMED GASS HERSI,** | |
| Defendant. | |

Defendant Amran Ismail Ali moves this Court to expunge his 2011 conviction of Conspiracy to Possess Khat with the intent to distribute. Doc. 299. The motion is based upon 18 U.S.C. § 3607(c). The Government opposes the motion. Doc. 302.

The cited statutory basis for the instant motion requires the defendant to be under the age of 21 at the time of the committed offense, AND that the defendant must have completed pre-judgment probation. Neither requirement exists in the instant case. The motion is DENIED.

IT IS SO ORDERED.

Dated:   **December 22, 2014**             /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE